NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE CYCLOBENZAPRINE HYDROCHLORIDE EXTENDED-RELEASE CAPSULE PATENT LITIGATION**

---

**EURAND, INC., CEPHALON, INC., AND ANESTA AG,**
*Plaintiffs-Appellees,*

v.

**MYLAN PHARMACEUTICALS INC. AND MYLAN INC.,**
*Defendants-Appellants.*

---

2011-1399

---

Appeal from the United States District Court for the District of Delaware in case no. 09-MD-2118, Judge Sue L. Robinson.

---

ON MOTION

---

Before GAJARSA, *Circuit Judge.*

**O R D E R**

Mylan Pharmaceuticals Inc. et al. (Mylan) move for expedited briefing and argument.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to expedite is granted in part. Mylan's initial brief is due within seven days of docketing of the appeal. Eurand, Inc. et al.'s brief is due within ten days from the date of service of Mylan's brief. Mylan's reply brief and the joint appendix are due within three days from the date of service of Eurand's response brief. The case will be placed on the next available oral argument calendar after the briefing is completed.

FOR THE COURT

**MAY 3 1 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: James H. Wallace, Jr., Esq.
    William J. Marsden, Jr., Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 3 1 2011

JAN HORBALY
CLERK